## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JOSHUA MAXTON,** | : | Case No. 1:18-cv-372 |
| | : | |
| **Plaintiff,** | : | |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| | : | **ENTRY OF DISMISSAL WITH** |
| **BILL HILBERT, et al.,** | : | **PREJUDICE** |
| | : | |
| **Defendants.** | : | |

The parties in this action have settled their claims. This case is hereby dismissed with prejudice, with each party paying its own costs.

The terms of the settlement agreement include an Audit by a Special Master of a subset of cases investigated by the City of Cincinnati Police Department of CODIS reports which identify DNA of an individual other than the charged suspect where the suspect was convicted of a homicide from June 2011 through June 2018, including the case of Plaintiff Joshua Maxton, as set forth in the Settlement Agreement. This Court hereny retains jurisdiction to enforce the settlement agreement, pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*.

IT IS SO ORDERED.

                                                    ___s/Michael R. Barrett_____
                                                    Michael R. Barrett, Judge
                                                    UNITED STATES DISTRICT JUDGE